THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNITED HOTELS COMPANY OF AMERICA, Respondent, *v.* STATE TAX COMMISSION OF THE STATE OF NEW YORK et al., Appellants.

*Tax — corporations — exemption of holding corporation from license and franchise taxes.*

. *People ex rel. United Hotels Company of America* v. *State Tax Commission,* 208 App. Div. 754, affirmed.

(Argued September 29, 1924; decided October 14, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 31, 1924, which reversed a determination of the State Tax Commission assessing against relator a license tax under section 181 of the Tax Law based on business for year ending October 31, 1918; a franchise tax under section 182 of the Tax Law, based on business for year ending October 31, 1918, and a franchise tax under section 209 of the Tax Law, based on business for year ending December 31, 1918. The Appellate Division held that relator, as a holding corporation, was exempt from such taxes under section 210 of the Tax Law.

*Carl Sherman, Attorney-General (C. T. Dawes* of counsel), for appellants.

*Alfred W. Gray* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Absent: LEHMAN, J.